BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**DECLARATION OF BRADLEY A. BENBROOK IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: TBD<br>Judge: Morrison C. England, Jr. |

I, Bradley A. Benbrook, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney at Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. On May 26, 2016, I contacted Douglas Woods, Senior Assistant Attorney General, to inform him that we had filed a complaint in this case and that Plaintiffs would soon be filing a motion for relief. (Mr. Woods serves as head of the Government Section in the Attorney General's office and, to my understanding, typically supervises litigation challenging the constitutionality of state statutes.) Mr. Woods confirmed that he received the message and that he would forward our papers to the "right hands." Later that day my office provided an electronic copy of the summons and complaint to Mr. Woods by e-mail. A true and correct copy of the e-mail to Mr. Woods is attached as Exhibit "A."

3. On May 27, 2016, I e-mailed Mr. Woods to provide notice that Plaintiffs intended to file a motion for temporary restraining order enjoining the enforcement of California Government Code section 9026.5. A true and correct copy of my e-mail exchange with Mr. Woods is attached as Exhibit "B."

4. My firm will serve all papers supporting the motion for a temporary restraining order on Defendant by hand delivery and by e-mail service to Mr. Woods on May 27, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 27, 2016 in California.

*s/Bradley A. Benbrook*
BRADLEY A. BENBROOK

# EXHIBIT A

**Subject:** Firearms Pol'y Coalition Second Am. Defense Comm. v. Harris (2:16-cv-01144)
**Date:** Thursday, May 26, 2016 at 8:03:42 PM Pacific Daylight Time
**From:** Steve Duvernay
**To:** Douglas.Woods@doj.ca.gov
**CC:** Bradley Benbrook

Doug:

Here are the summons and complaint in *Firearms Pol'y Coalition Second Am. Defense Comm. v. Harris* (2:16-cv-01144), which we plan to serve by hand tomorrow.

Sincerely,

Steve
**Stephen Duvernay**
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
(916) 447-4900
steve@benbrooklawgroup.com

# EXHIBIT B

**Subject:** Re: New complaint/TRO
**Date:** Friday, May 27, 2016 11:43:05 AM Pacific Daylight Time
**From:** Bradley Benbrook
**To:** Douglas Woods

Doug:

Further to my message from yesterday, we are planning to file a motion for a TRO today, asking the Court to enjoin enforcement of California Government Code section 9026.5. According to Judge England's courtroom deputy, the Judge will review the papers and determine whether to set a hearing.

In addition, the Eastern District's TRO checklist calls for us to state whether we discussed alternatives to seeking a TRO and whether the State would stipulate to a TRO. Given that Plaintiffs are challenging the constitutionality of a state statute, I suspect that this is a nonstarter. In any event, please let me know the State's position in this regard.

We will e-mail and personally serve copies of the TRO papers this afternoon. Let me know if we should copy anyone else on our service copies. Thanks very much.

Brad

**Bradley Benbrook**
Benbrook Law Group, PC
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
(916) 447-4900

---

**From:** Douglas Woods <Douglas.Woods@doj.ca.gov>
**Date:** Thursday, May 26, 2016 5:30 PM
**To:** Brad Benbrook <brad@benbrooklawgroup.com>
**Subject:** New complaint

Brad, got your message, yes, thanks for the heads-up.  Best to email copies to me, and I'll make sure it gets into the right hands.  Thanks

Doug

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.