BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COLAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**DECLARATION OF STEPHEN CHOLLET IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: TBD<br>Judge: Morrison C. England, Jr. |

I, Stephen Chollet, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am a filmmaker, producer, and director. I have contracted with the Firearms Policy Coalition Second Amendment Defense Committee and the Firearms Policy Coalition to develop and produce videos and political advertisements. I would like to use Assembly video footage in these videos and advertisements, but I fear that doing so could subject me to liability under California Government Code section 9026.5, because it prohibits using such footage for "commercial purposes" and "political purposes."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 25, 2016 in California.

STEPHEN CHOLLET