BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 2:16-cv-01144-MCE-AC <br><br> **DECLARATION OF TIM DONNELLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hearing Date: TBD <br> Judge: Morrison C. England, Jr. |

I, Tim Donnelly, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I served as a member of the California State Assembly from December 2010 to December 2014. I was a candidate for California Governor in the 2014 statewide election. During my gubernatorial campaign, I used video from the California State Assembly Floor in campaign videos that were designed to be used for internet and/or television advertising in support for my gubernatorial candidacy. The California State Assembly Rules Committee sent a letter demanding that my campaign stop using the videos immediately because the violated California Government Code section 9026.5. I was also involved in conversation with Jon Waldie, former chief of the Assembly Rules Committee, asking him why other campaigns were allowed to use the video while I was being threatened. He only responded with a reiteration of the law.

3. I am currently a candidate for Congress in California's eighth congressional district. I would like to use Assembly video footage in political advertisements in support of my congressional campaign and in opposition to other political candidates and issues. I have refrained from doing so, however, because I fear prosecution for violating Section 9026.5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 26, 2016 in California.

TIM DONNELLY