1  BENBROOK LAW GROUP, PC
   BRADLEY A. BENBROOK (SBN 177786)
2  STEPHEN M. DUVERNAY (SBN 250957)
   400 Capitol Mall, Suite 1610
3  Sacramento, CA  95814
   Telephone: (916) 447-4900
4  Facsimile:  (916) 447-4904
   brad@benbrooklawgroup.com
5  steve@benbrooklawgroup.com

6  EUGENE VOLOKH (SBN 194464)
   UCLA School of Law
7  405 Hilgard Ave.
   Los Angeles, CA  90095
8  Telephone: (310) 206-3926
   Facsimile: (310) 206-7010
9  volokh@law.ucla.edu

10 Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

15

16 FIREARMS POLICY COALITION SECOND        Case No.: 2:16-cv-01144-MCE-AC
   AMENDMENT DEFENSE COMMITTEE;
17 FIREARMS POLICY COLAITION; KRIS
   KOENIG; STEPHEN CHOLLET; MICHAEL        **DECLARATION OF BRANDON COMBS**
18 SCHWARTZ; and TIM DONNELLY,             **IN SUPPORT OF MOTION FOR**
                                           **TEMPORARY RESTRAINING ORDER**
19              Plaintiffs,
                                           Hearing Date: TBD
20        v.                               Judge: Morrison C. England, Jr.

21 KAMALA D. HARRIS, in her official capacity
   as Attorney General of California,
22
23              Defendant.

24

25

26

27

28

I, Brandon Combs, declare:

1.      I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2.      I am the Chairman and Principal Officer of Firearms Policy Coalition Second Amendment Defense Committee (the "FPC PAC") and the President of Firearms Policy Coalition ("FPC").

3.      The FPC PAC is a political action committee organized to oppose the proposed statewide ballot initiative sponsored by California Lieutenant Governor Gavin Newsom (officially titled the "Safety for All Act of 2016") (the "Initiative") that has been submitted for qualification to appear on the ballot for the November 8, 2016 general election.

4.      FPC is a 501(c)4 non-profit public benefit organization that serves its members and the public through direct and grassroots advocacy, legal action, education, and other efforts. The purposes of FPC include defending the United States Constitution and the People's rights, privileges and immunities deeply rooted in the Nation's history and tradition, especially the fundamental right to keep and bear arms. FPC and the FPC PAC oppose the Initiative. Additionally, FPC is lobbying, directly and through grassroots efforts, dozens of active measures in the California Legislature. FPC spends time and resources informing the public about matters of constitutional interest and civil rights through its FPC News video program. FPC News programming includes messages that urge its members and the public to take political and grassroots lobbying actions. FPC wants to use Assembly television footage to produce FPC News videos relating to urgent legislative issues as well as the Initiative in the upcoming election.

5.      The FPC PAC and FPC believe the Initiative will drastically and negatively affect the civil rights of law-abiding people, including millions of Californians and visitors travelling to California. In connection with its political campaign, the FPC PAC will produce and distribute video advertisements opposing the initiative. FPC PAC will distribute the videos to the public on television and online, including, but not limited to, on Facebook, on YouTube, on Instagram, and at http://www.fpcsadc.org (the FPC PAC website developed to oppose the initiative).

6.      FPC PAC is in the final stages of producing a video that includes Assembly

television footage of past and current bill committee hearings, floor discussion, debates, and votes as well as footage from a May 3, 2016 joint Senate and Assembly Public Safety Committee hearing on the proposed initiative.  The committee intended to publish the video starting in May 2016 and continue to use the video as part of its ongoing campaign through the general election in November.

7.      While in the final stage of production, however, FPC PAC became aware of California Government Code section 9026.5's prohibition on the use of Assembly video footage for "any political . . . purpose," including "any campaign . . . opposing a ballot proposition." Because the advertisement would violate section 9026.5, the committee has halted final production of the video and delayed its distribution plans until it gets the relief requested herein.  In addition to this video, FPC PAC intends to produce and distribute additional political advertisements opposing the initiative that use video footage from various Assembly hearings.

8.      FPC produces a video news program ("FPC News") that focuses on legal and political developments that affect the civil rights of millions of law-abiding people.  FPC wants to use Assembly television footage for FPC News, but has refrained from doing so since it learned of Section 9026.5 because it fears prosecution for using such footage for "political purposes."

9.      FPC PAC and FPC have identified video footage generated by the Assembly that they would like to use in connection with their various political advocacy videos, including, but not limited to: May 12, 2016 Assembly Floor Session on Assembly Bill 2510; June 10, 2014 Assembly Floor Session on Senate Bill 396; Aug. 29, 2014 Assembly Floor Session on Senate Bill 53; June 10, 2014 Assembly Committee Public Safety hearing on Senate Bill 53.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed May 27, 2016 in California.

_____
BRANDON COMBS