BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COLAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE PRELIMINARYLIY ENJOINED FROM ENFORCING CALIFORNIA GOVERNMENT CODE § 9026.5**<br><br>Judge: Morrison C. England, Jr. |

Plaintiffs have demonstrated that they are likely to succeed on the merits of their claim that California Government Code section 9026.5 violates their First Amendment rights.  Plaintiffs have also established that this harm is irreparable, the balance of equities weighs in their favor, and injunctive relief will promote the public interest.  Therefore, the Court finds that Plaintiffs' Motion for a Temporary Restraining Order should be GRANTED.

Because Defendant will not suffer monetary hardship by the issuance of the temporary restraining order and because the matter involves a constitutional violation, the Court will require a nominal bond in the amount of $1.

IT IS THEREFORE ORDERED that

Defendant is hereby ordered to cease and are hereby temporarily restrained from enforcing California Government Code section 9026.5, beginning at _____ a.m./p.m. on _____, 2016.  This order shall remain in effect until _____ a.m./p.m. on _____, 2016.

Defendant is hereby ordered to show cause at _____ a.m./p.m. on _____, 2016, or as soon thereafter as the matter may be heard, before the Honorable Morrison C. England, Jr., United States District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814, why Defendant should not be preliminarily enjoined from enforcing California Government Code section 9026.5.

Defendant shall file and serve its responsive papers, if any, by _____, 2016

Plaintiffs' counsel shall serve a copy of this order on Defendant by personal delivery and e-mail by _____ a.m./p.m. on _____, 2016.

Date: _____                    _____
                                              UNITED STATES DISTRICT JUDGE