BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COLAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.:  2:16-cv-01144-MCE-AC<br><br>**PROOF OF SERVICE**<br><br><br>Hearing Date: TBD<br>Judge: Morrison C. England, Jr. |

**PROOF OF SERVICE**
**Case No.** 2:16-cv-01144-MCE-AC

The undersigned hereby certifies as follows:

I am an employee of the law firm of Benbrook Law Group, PC, 400 Capitol Mall, Suite 1610, Sacramento, California.  I am over 18 years of age and am not a party to the within action.

On May 27, 2016 I served a true copy of the following documents:

1. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**

2. **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

3. **DECLARATION OF BRADLEY A. BENBROOK IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

4. **DECLARATION OF STEPHEN CHOLLET IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

5. **DECLARATION OF BRANDON COMBS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

6. **DECLARATION OF TIM DONNELLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

7. **DECLARATION OF KRIS KOENIG IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

8. **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE PRELIMINARYLIY ENJOINED FROM ENFORCING CALIFORNIA GOVERNMENT CODE § 9026.5**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

Kamala D. Harris
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

X X___(PERSONAL SERVICE) by sending a true copy thereof in an envelope addressed as indicated above, and by then sealing said envelope(s) and giving the same to a messenger for personal delivery

_____(BY MAIL) I placed such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Benbrook Law Group, PC, Sacramento, California following ordinary business practices.  I am readily familiar with the practice of Benbrook Law Group, PC for collection and processing of correspondence, said practice being that in the ordinary course of

business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: May 27, 2016               _s/Kelly McConnen_
                                  Kelly McConnen