1  KAMALA D. HARRIS
   Attorney General of California
2  MARC A. LEFORESTIER
   Supervising Deputy Attorney General
3  PETER H. CHANG, State Bar No. 241467
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5939
    Fax:  (415) 703-1234
6   E-mail:  Peter.Chang@doj.ca.gov
   *Attorneys for Defendant Kamala D. Harris,*
7  *in her official capacity as California Attorney*
   *General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS,** in her official capacity as Attorney General of California,<br><br>Defendant. | 2:16-cv-01144-MCE-AC<br><br>**NOTICE OF APPEARANCE OF PETER H. CHANG AS COUNSEL FOR DEFENDANT KAMALA D. HARRIS, ATTORNEY GENERAL OF CALIFORNIA** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy Attorney General Peter H. Chang of the Office of the California Attorney General hereby appears as counsel of record for Defendant Kamala D. Harris, sued in her official capacity as Attorney General of California. Defendant hereby requests that all papers filed or served or required to be served, in the above-captioned matter, and that cannot be or are not supposed to be served electronically, be directed and served upon counsel as identified below:

> Peter H. Chang
> Deputy Attorney General
> Office of the California Attorney General
> 455 Golden Gate Ave., Suite 11000
> San Francisco, CA 94102-7004
> Phone: (415) 703-5939
> Fax: (415) 703-1234
> Email: peter.chang@doj.ca.gov

Dated:  May 31, 2016

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, in her official capacity as California Attorney General*