KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
S. MICHELE INAN, State Bar No. 119205
PETER H. CHANG, State Bar No. 241467
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5939
  Fax:  (415) 703-1234
  E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris,
in her official capacity as California Attorney
General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; ET AL.,**<br><br>                              Plaintiffs,<br><br>       v.<br><br>**KAMALA D. HARRIS,** in her official capacity as Attorney General of California,<br><br>                              Defendant. | 2:16-cv-01144-MCE-AC<br><br>**DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        June 9, 2016<br>Time:       2:30 p.m.<br>Courtroom:  7<br>Judge:      Hon. Morrison C. England, Jr.<br>Trial Date:  None<br>Action Filed: May 26, 2016 |

# REQUEST FOR JUDICIAL NOTICE

Defendant Kamala D. Harris, in her official capacity as the Attorney General of California, respectfully requests that the Court take judicial notice of the Governor's Chaptered Bill File for Assembly Bill 1662, the bill enacting Government Code section 9026.5, attached to the accompanying Declaration of Counsel as Exhibit B.  Exhibit B is part of the legislative history of Section 9026.5.  Defendant has provided Plaintiffs' counsel a copy of the entire legislative history file.

The Governor's Chaptered Bill File is part of the legislative history for Government Code section 9026.5, and the Court should take judicial notice of it either as legislative fact, or under Federal Rule of Evidence 201 for the same reasons provided in Defendant's Request for Judicial Notice, filed on June 3, 2016 (Dkt. No. 11).  For the sake for brevity, Defendant does not repeat those reasons here.

The Enrolled Bill Report in the Chaptered Bill File recommended that the Governor sign Assembly Bill 1662 and provided a summary of reasons for signature: "Preventing the political and commercial use of the television signal generated by the Assembly should help in the ongoing effort of adhering to ethical standards by the Legislature."  Exh. B at AG_FPC005.  This confirms that an original intent for Government Code section 9026.5 was to prevent Assembly Members using the Assembly-generated television signal for their own political, rather than legislative, purposes.

| | | |
|---|---|---|
| 1 | Dated: June 7, 2016 | Respectfully Submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | MARC A. LEFORESTIER<br>Supervising Deputy Attorney General |
| 4 | | S. Michele Inan<br>Deputy Attorney General |
| 5 | | /s/ Peter H. Chang |
| 6 | | |
| 7 | | PETER H. CHANG<br>Deputy Attorney General<br>*Attorneys for Defendant Kamala D.* |
| 8 | | *Harris, in her official capacity as*<br>*California Attorney General* |
| 9 | | |
| 10 | SA2016101044<br>20862601.docx | |

## DECLARATION OF PETER H. CHANG

I, Peter H. Chang, declare:

1. I am the Deputy Attorney General assigned to represent Defendant Kamala D. Harris in this action.

2. I have personal knowledge of the matters set forth in this declaration and could competently testify if called as a witness, except for matters stated upon information and belief, and as to those matters, I believe them to be true.

3. Attached as Exhibit B is a true and correct copy of the Governor's Chaptered Bill File for Assembly Bill 1662, part of the legislative history for Government Code section 9026.5 (1991 Cal. Stat., c. 1215 (A.B. 1662), § 1). The Bates numbers in Exhibit B were added by me for ease of reference.

4. On May 31, 2016, I asked the librarians for the California Attorney General's Office to retrieve the legislative history for Government Code section 9026.5.

5. In the late afternoon of June 7, 2016, I received the attached Exhibit B from a librarian for the California Attorney General's Office.

6. I have provided a copy of the full legislative history of Section 9026.5 to counsel for Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this seventh day of June 2016, at San Francisco, California.

                                                                             /s/ Peter H. Chang
                                                                            Peter H. Chang