# EXHIBIT B

LEGISLATIVE INTENT

| | |
|---|---|
| Requester: Peter Chang | Date received:   31 May 2016 |
| Telephone: | Needed by: |
| City/Room: San Francisco | Completed:      7 June 2016 |

STATS: 1991          CHAPTER: 1215          CODE: Gov § 9026.5
BILL: AB 1662        AUTHOR: Assembly Committee on Televising the Assembly
Summary Digest: X    Final History: X       Bill Forms: X

LEGISLATIVE POLICY COMMITTEE ANALYSES:
 Assembly Committee: Televising the Assembly; Ways & Means; Minority Ways & Means
 Senate Committee: Appropriations; Rules

GOVERNOR'S CHAPTERED BILL FILE (GCBF): Governor Pete Wilson donated a file for AB 1662 (1991) to the California State Archives.

AUTHOR'S FILE: The author of the bill, the Assembly Committee on Televising the Assembly, have not donated files to the State Archives from any year. Their files are presumed missing or destroyed.

NOTES:
Stats 1991 Ch. 1215 (AB 1662) prohibits the use of any Assembly generated television signal for political or commercial purposes.

AB 1662 (1991) enacts Government § 9026.5. This section has been amended once following the passage of this bill.

All of the legislative committees that worked on this bill, with the exception of the Committee on Televising the Assembly, donated files to the California State Archives. The Department of Finance also donated a small file for AB 1662 (1991) to the Archives.

The pdf for this legislative history is text-searchable (press Ctrl and F to search with the pdf document).

By _Kara Weiland_
Kara Weiland (916) 327-7865

Rev. 9-1-2011

The documents following this page were photocopied from the

Governor's Chaptered Bill File

on this legislation.

# Legislative Counsel
## of California

**BION M. GREGORY**

k L Horton
Mackey
Chief Deputies

nes L Ashford
ry L Bassett
n T Studebaker
mie W ng

d D Alves
n A Corzine
David Dickerson
ert Cullen Duffy
en D Gronke
ert G Miller
no L Oliver
y O Powell II
guerite Roth
ael H Upson
el A Weitzman
stepher Zirkle
ncipal Deputies

e Capitol Suite 3021
mento, CA 95814-4996
(916) 445-3057
opier (916) 324-6311

Gerald Ross Adams
Martin L. Anderson
Paul Antilla
Charles C. Asbill
Raneene P. Belisle
Lara K. Bierman
Diane F. Boyer-Vine
Ann M. Burastero
Eileen J. Buxton
Gwynnae L. Byrd
Emilia Cutrer
Ben E. Dale
Jeffrey A. DeLand
Clinton J. deWitt
Frances S. Dorbin
Maureen S. Dunn
Sharon R. Fisher
John Fossette
Harvey J. Foster
Clay Fuller
Patricia R. Gates
Alvin D. Gress
Jana T. Harrington
Baldev S. Heir
Cecilia Jordan
David B Judson

Michael Kelly
Michael J Kersten
L. Douglas Kinney
S. Lynne Klein
Victor Kozielski
Diana G. Lim
Jennifer Loomis
Romulo I. Lopez
Kirk S. Louie
James A. Marsala
Francisco A. Martin
Peter Melnicoe
John A. Moger
Sharon Reilly
Michael B Salerno
Keith Schulz
William K. Stark
Ellen Sward
Mark Franklin Terry
Jeff Thom
Elizabeth M Warf
Richard B. Weisberg
Thomas D. Whelan
Belinda Whitsett
Debra J Zidich
Jack G Zorman

Deputies

Sacramento, California
September 9, 1991

Honorable Pete Wilson
Governor of California
Sacramento, CA  95814

Assembly Bill No. 1662

Dear Governor Wilson:

Pursuant to your request, we have reviewed the above-numbered bill authored by Assembly Committee on Televising the Assembly and, in our opinion, the title and form are sufficient and the bill, if chaptered, will be constitutional. The digest on the printed bill as adopted correctly reflects the views of this office.

Very truly yours,

Bion M. Gregory
Legislative Counsel

By
Jerry L. Bassett
Principal Deputy

JLB:wld

Two copies to Honorable Stan Statham,
pursuant to Joint Rule 34.

AG_FPC003

| DEPARTMENT | AUTHOR | BILL NUMBER |
|---|---|---|
| B.T. & H | Committee on Telecnsing The Assembly | AB 1662 |

☐ Technical bill - No program or fiscal changes to existing program. No analysis required. No recommendation on signature.

☐ Bill as enrolled no longer within scope of responsibility or program of this Department.

☒

**Comments:** No Concern

**RECOMMENDATION**

No Concern

| DEPARTMENT | DATE | AGENCY | DATE |
|---|---|---|---|
| | | V.A. | 9-6-91 |

.AG_FPC004

| DEPARTMENT | BILL NUMBER |
|---|---|
| Finance | AB 1662 |
| AUTHOR | AMENDMENT DATE |
| Statham, et al. | June 18, 1991 |

## SUBJECT

This bill will prohibit the use of any Assembly generated television signal for political or commercial purposes.

## SUMMARY OF REASONS FOR SIGNATURE

Preventing the political and commercial use of the television signal generated by the Assembly should help in the ongoing effort of adhering to ethical standards by the Legislature.

## HISTORY, SPONSORSHIP, AND RELATED BILLS

This bill is sponsored by the Committee on Televising the Assembly.

Assembly: 74/00
Senate:   Not Available

## FISCAL SUMMARY--STATE LEVEL

| Code/Department Agency or Revenue Type | SO LA CO RV | PROP 98 | (Fiscal Impact by Fiscal Year) (Dollars in Thousands) | | | Code Fund |
|---|---|---|---|---|---|---|
| | | | FC 1991-92 | FC 1992-93 | FC 1993-94 | |
| 0120/Assembly | SO | NO | -------------No Fiscal Impact----------- | | | 001/GF |

## ANALYSIS

A. Specific Findings

   **Current law**, Government Code Section 9027, except as otherwise provided, requires all meetings of the Assembly to be open and public and permits any person to attend the meetings.

   **This bill** will prohibit the use of any television signal generated by the Assembly for political or commercial purposes.

   **This bill** will make it a crime to violate this section.

---

**RECOMMENDATION:**                                     Department Director       Date

   Sign the bill.                                      [signature]  9/6/91

| Principal Analyst           Date | Program Budget Manager  Date | Governor's Office |
|---|---|---|
| (262) R. A. Gibbs    9/5/91 | S. Calvin Smith      9-5-91 | Position noted |
| [signature] for Drew Johnson | [signature] Calvin Smith | Position approved |
| | | Position disapproved |
| | | by:         date: |

**ENROLLED BILL REPORT**                               Form DF-43 (Rev 09/88 Pink)

CJ:BA,AB1662-1.DJ                                                              AG_FPC005

BILL ANALYSIS/ENROLLED BILL REPORT (CONTINUED)                              Form DJ-43

| AUTHOR | AMENDMENT DATE | BILL NUMBER |
|---|---|---|
| Statham, et al. | June 18, 1991 | AB 1662 |

ANALYSIS

B. Fiscal Analysis

According to Assembly staff, this bill will have no fiscal impact on the Assembly's budget.

Any local government costs resulting from the mandate in this measure would not be state-reimbursable because the mandate only involves the definition of a crime or the penalty for conviction of a crime.

CJ:BA,AB1662-1.DJ

# California Legislature
## Committee on Televising the Assembly

### Stan Statham
Chairman

September 6, 1991

Governor Pete Wilson
State Capitol, First Floor
Sacramento, CA  95814

Dear Governor Wilson:

Recently, the Senate approved AB 1662, the Committee on Televising the Assembly's effort to prevent the political or commercial use of the signal produced by the Assembly Television crew.

The bill would prohibit the use of the television signal generated by the Assembly in any campaign for political office or a campaign in support of opposition to a ballot proposition. The bill also prohibits the use of the signal for commercial purposes. Exempted from this prohibition are accredited news organizations or non-profit organizations providing educational, public affairs programming.

Violation of this prohibition will be a misdemeanor.

I believe the public has benefited from the increased coverage of the Assembly proceedings. By signing AB 1662, you can help the Assembly ensure the signal is not used for political purposes.

Sincerely,

STAN STATHAM
Assemblyman

SS:TB/pkr

AG_FPC007

THIRD READING

| SENATE RULES COMMITTEE<br>Office of<br>Senate Floor Analyses<br>1020 N Street, Suite 524<br>445-6614 | Bill No. AB 1662<br>Author: Statham (R)<br>Amended: 6/18/91 in Assembly<br>Vote Required: 21 |
|---|---|

Committee Votes:

| COMMITTEE: | RULES | | |
|---|---|---|---|
| BILL NO.: | AB 1662 | | |
| DATE OF HEARING: | 7-17-91 | | |
| SENATORS: | | AYE | NO |
| Beverly | | ✓ | |
| Mello | | ✓ | |
| Petris | | | |
| Craven (VC) | | | |
| Roberti (Ch) | | ✓ | |
| TOTAL: | | 3 | 0 |

PLACED
ON FILE
PURSUANT
TO SENATE
RULE 28.8

Senate Floor Vote:

Assembly Floor Vote: 74-0, p. 2811, 6/24/91

---

**SUBJECT:** Assembly television signals: prohibited use

**SOURCE:** Assembly Committee on Televising the Assembly

---

**DIGEST:** This measure would prohibit the political and commercial use of the television signal generated by the Assembly. (See analysis for details.)

**ANALYSIS:** Existing law does not regulate the use of television signals generated by the Assembly.

AB 1662 would make it a misdemeanor for any person or organization to use any television signal generated by the Assembly for any political or commercial purpose.

"Commercial purpose" does not include an accredited news organization or any nonprofit organization for educational or public affairs programming the use of any television signal generated by the Assembly.

**FISCAL EFFECT:** Appropriation: No   Fiscal Committee: Yes   Local: No

RR:jk 8/21/91 Senate Floor Analyses