BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 22, 2016<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Morrison C. England, Jr.<br><br>Action filed May 26, 2016 |

Pursuant to Federal Rule of Civil Procedure 56(c)(1) and Local Rule 260(a), Plaintiffs Firearms Policy Coalition Second Amendment Defense Committee, Firearms Policy Coalition, Kris Koenig, Stephen Chollet, Michael Schwartz, and Tim Donnelly submit the following Statement of Undisputed Facts in support of their Motion for Summary Judgment.

| | **Undisputed Facts** | **Supporting Evidence** |
|---|---|---|
| 1 | California Government Code section 9026.5 provides:<br><br>(a) No television signal generated by the Assembly shall be used for any political or commercial purpose, including, but not limited to, any campaign for elective public office or any campaign supporting or opposing a ballot proposition submitted to the electors.<br><br>As used in this section, "commercial purpose" does not include either of the following:<br><br>(1) The use of any television signal generated by the Assembly by an accredited news organization or any nonprofit organization for educational or public affairs programming.<br><br>(2) As authorized by the Assembly, the transmission by a third party to paid subscribers of an unedited video feed of the television signal generated by the Assembly.<br><br>(b) Any person or organization who violates this section is guilty of a misdemeanor. | Cal. Gov. Code § 9026.5 |
| 2 | Plaintiffs would like to use video footage from California Assembly hearings generated by the Assembly's television signal in connection with the discussion of public issues, including in political advertisements. | ECF No. 6-6, Declaration of Brandon Combs in support of Motion for Temporary Restraining Order ("Combs Decl."), ¶¶ 2–9.<br><br>ECF No. 6-3, Declaration of Kris Koenig in support of Motion for Temporary Restraining Order ("Koenig Decl."), ¶ 2.<br><br>ECF No. 6-4, Declaration of Stephen Chollet in support of Motion for Temporary Restraining Order ("Chollet Decl."), ¶ 2.<br><br>ECF No. 6-7, Declaration of Michael Schwartz in support of Motion for Temporary Restraining Order ("Schwartz |

| | | |
|---|---|---|
| | | Decl."), ¶¶ 2–3.<br>ECF No. 6-5, Declaration of Tim Donnelly in support of Motion for Temporary Restraining Order ("Donnelly Decl."), ¶ 3.<br><br>Declaration of Brandon Combs in support of Plaintiffs' Motion for Summary Judgment, ¶¶ 3–5. |
| 3 | Until the issuance of the preliminary injunction in this case, Plaintiffs refrained from using video footage from California Assembly hearings generated by the Assembly's television signal in connection with the discussion of public issues, including in political advertisements, because of California Government Code section 9026.5. | Combs Decl., ¶¶ 7–9.<br>Koenig Decl., ¶ 2.<br>Chollet Decl., ¶ 2.<br>Schwartz Decl., ¶ 3.<br>Donnelly Decl., ¶¶ 2–3.<br>Declaration of Brandon Combs in support of Plaintiffs' Motion for Summary Judgment, ¶¶ 4–6. |

Dated: August 24, 2016             BENBROOK LAW GROUP, PC

                                          By  /s Bradley A. Benbrook
                                                  BRADLEY A. BENBROOK
                                                  Attorneys for Plaintiffs