BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 22, 2016<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Morrison C. England, Jr.<br><br>Action filed May 26, 2016 |

I, Brandon Combs, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the Chairman and Principal Officer of Firearms Policy Coalition Second Amendment Defense Committee (the "FPC PAC") and the Chairman and President of Firearms Policy Coalition ("FPC").

3. As set forth in my declaration in support of Plaintiffs' Motion for a Temporary Restraining Order, ECF NO. 6-6, because of Government Code section 9026.5, the FPC PAC and FPC had refrained from using Assembly video footage in videos and political advertisements.

4. Plaintiff Firearms Policy Coalition Second Amendment Defense Committee (the "FPC PAC") is a political action committee organized to oppose a proposed statewide ballot initiative (the "Safety for All Act of 2016" (officially titled "Proposition 63" (the "Initiative"))) that has qualified to appear on the ballot for the November 8, 2016 general election.[1] Since the Injunction Order was issued, FPC PAC produced and distributed videos and political advertisements opposing the Initiative that used footage from the Assembly video feed, and the FPC PAC intends to produce and distribute additional videos and advertisements leading up to the election.

5. Since the Injunction Order was issued, FPC has also produced and distributed videos opposing the Initiative and recent, separate legislation that use footage from the Assembly video feed. These videos include:

- FPC - AB 1673 Fact Check, online http://bit.ly/2bPEPNz
- AB 2510 puts both gunowners & cops in danger, online at http://bit.ly/2bCbdG1
- Tell your Legislator to look you in the eyes, online at http://bit.ly/2bPEUka
- The Story of "Gunpocalypse," online at http://bit.ly/2bO9F8t
- One Morning in Sacramento- Firearms Policy Coalition, online at http://bit.ly/2bPKqDy

6. These videos were developed and produced by Plaintiffs Kris Koenig and Stephen

---

[1] Since filing this lawsuit, FPC PAC has changed its name to "Stop Prop 63, a grassroots, common-sense effort for rational policy sponsored by Firearms Policy Coalition."

1. Chollet, me, and FPC employees and staff.
2.     I declare under penalty of perjury under the laws of the State of California that the
3. foregoing is true and correct.  Executed August 24, 2016 in California.

                                                               _____
                                                                BRANDON COMBS