BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**COMPENDIUM OF EVIDENTIARY DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 22, 2016<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Morrison C. England, Jr.<br><br>Action filed May 26, 2016 |

Pursuant to Local Rule 260(a), Plaintiffs Firearms Policy Coalition Second Amendment Defense Committee, Firearms Policy Coalition, Kris Koenig, Stephen Chollet, Michael Schwartz, and Tim Donnelly submit the following compendium of evidentiary documents in support of their Motion for Summary Judgment.

1. ECF No. 6-6, Declaration of Brandon Combs in support of Motion for Temporary Restraining Order. A true and correct copy of this document, as electronically filed with the Court on May 27, 2016, is attached as Exhibit A.

2. ECF No. 6-3, Declaration of Kris Koenig in support of Motion for Temporary Restraining Order. A true and correct copy of this document, as electronically filed with the Court on May 27, 2016, is attached as Exhibit B.

3. ECF No. 6-4, Declaration of Stephen Chollet in support of Motion for Temporary Restraining Order. A true and correct copy of this document, as electronically filed with the Court on May 27, 2016, is attached as Exhibit C.

4. ECF No. 6-7, Declaration of Michael Schwartz in support of Motion for Temporary Restraining Order. A true and correct copy of this document, as electronically filed with the Court on May 27, 2016, is attached as Exhibit D.

5. ECF No. 6-5, Declaration of Tim Donnelly in support of Motion for Temporary Restraining Order. A true and correct copy of this document, as electronically filed with the Court on May 27, 2016, is attached as Exhibit E.

Dated: August 24, 2016                BENBROOK LAW GROUP, PC

                                      By  /s Bradley A. Benbrook
                                          BRADLEY A. BENBROOK
                                          Attorneys for Plaintiffs

# EXHIBIT A

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 2:16-cv-01144-MCE-AC <br><br> **DECLARATION OF BRANDON COMBS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hearing Date: TBD <br> Judge: Morrison C. England, Jr. |

I, Brandon Combs, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the Chairman and Principal Officer of Firearms Policy Coalition Second Amendment Defense Committee (the "FPC PAC") and the President of Firearms Policy Coalition ("FPC").

3. The FPC PAC is a political action committee organized to oppose the proposed statewide ballot initiative sponsored by California Lieutenant Governor Gavin Newsom (officially titled the "Safety for All Act of 2016") (the "Initiative") that has been submitted for qualification to appear on the ballot for the November 8, 2016 general election.

4. FPC is a 501(c)4 non-profit public benefit organization that serves its members and the public through direct and grassroots advocacy, legal action, education, and other efforts. The purposes of FPC include defending the United States Constitution and the People's rights, privileges and immunities deeply rooted in the Nation's history and tradition, especially the fundamental right to keep and bear arms. FPC and the FPC PAC oppose the Initiative. Additionally, FPC is lobbying, directly and through grassroots efforts, dozens of active measures in the California Legislature. FPC spends time and resources informing the public about matters of constitutional interest and civil rights through its FPC News video program. FPC News programming includes messages that urge its members and the public to take political and grassroots lobbying actions. FPC wants to use Assembly television footage to produce FPC News videos relating to urgent legislative issues as well as the Initiative in the upcoming election.

5. The FPC PAC and FPC believe the Initiative will drastically and negatively affect the civil rights of law-abiding people, including millions of Californians and visitors travelling to California. In connection with its political campaign, the FPC PAC will produce and distribute video advertisements opposing the initiative. FPC PAC will distribute the videos to the public on television and online, including, but not limited to, on Facebook, on YouTube, on Instagram, and at http://www.fpcsadc.org (the FPC PAC website developed to oppose the initiative).

6. FPC PAC is in the final stages of producing a video that includes Assembly

television footage of past and current bill committee hearings, floor discussion, debates, and votes as well as footage from a May 3, 2016 joint Senate and Assembly Public Safety Committee hearing on the proposed initiative. The committee intended to publish the video starting in May 2016 and continue to use the video as part of its ongoing campaign through the general election in November.

7. While in the final stage of production, however, FPC PAC became aware of California Government Code section 9026.5's prohibition on the use of Assembly video footage for "any political . . . purpose," including "any campaign . . . opposing a ballot proposition." Because the advertisement would violate section 9026.5, the committee has halted final production of the video and delayed its distribution plans until it gets the relief requested herein. In addition to this video, FPC PAC intends to produce and distribute additional political advertisements opposing the initiative that use video footage from various Assembly hearings.

8. FPC produces a video news program ("FPC News") that focuses on legal and political developments that affect the civil rights of millions of law-abiding people. FPC wants to use Assembly television footage for FPC News, but has refrained from doing so since it learned of Section 9026.5 because it fears prosecution for using such footage for "political purposes."

9. FPC PAC and FPC have identified video footage generated by the Assembly that they would like to use in connection with their various political advocacy videos, including, but not limited to: May 12, 2016 Assembly Floor Session on Assembly Bill 2510; June 10, 2014 Assembly Floor Session on Senate Bill 396; Aug. 29, 2014 Assembly Floor Session on Senate Bill 53; June 10, 2014 Assembly Committee Public Safety hearing on Senate Bill 53.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 27, 2016 in California.

_____
BRANDON COMBS

# EXHIBIT B

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 2:16-cv-01144-MCE-AC <br><br> **DECLARATION OF KRIS KOENIG IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hearing Date: TBD <br> Judge: Morrison C. England, Jr. |

I, Kris Koenig, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am a filmmaker, producer, and director. I have contracted with the Firearms Policy Coalition Second Amendment Defense Committee and the Firearms Policy Coalition to develop and produce videos and political advertisements. I would like to use Assembly video footage in these videos and advertisements, but I fear that doing so could subject me to liability under California Government Code section 9026.5, because it prohibits using such footage for "commercial purposes" and "political purposes."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 25, 2016 in California.

_____
KRIS KOENIG

# EXHIBIT C

| | |
|---|---|
| 1 | BENBROOK LAW GROUP, PC |
| | BRADLEY A. BENBROOK (SBN 177786) |
| 2 | STEPHEN M. DUVERNAY (SBN 250957) |
| | 400 Capitol Mall, Suite 1610 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 447-4900 |
| 4 | Facsimile: (916) 447-4904 |
| | brad@benbrooklawgroup.com |
| 5 | steve@benbrooklawgroup.com |
| 6 | EUGENE VOLOKH (SBN 194464) |
| | UCLA School of Law |
| 7 | 405 Hilgard Ave. |
| | Los Angeles, CA 90095 |
| 8 | Telephone: (310) 206-3926 |
| | Facsimile: (310) 206-7010 |
| 9 | volokh@law.ucla.edu |
| 10 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 2:16-cv-01144-MCE-AC <br><br> **DECLARATION OF STEPHEN CHOLLET IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hearing Date: TBD <br> Judge: Morrison C. England, Jr. |

I, Stephen Chollet, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am a filmmaker, producer, and director. I have contracted with the Firearms Policy Coalition Second Amendment Defense Committee and the Firearms Policy Coalition to develop and produce videos and political advertisements. I would like to use Assembly video footage in these videos and advertisements, but I fear that doing so could subject me to liability under California Government Code section 9026.5, because it prohibits using such footage for "commercial purposes" and "political purposes."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 25, 2016 in California.

_____
STEPHEN CHOLLET

# EXHIBIT D

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: TBD<br>Judge: Morrison C. England, Jr. |

I, Michael A. Schwartz, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the Executive Director of San Diego County Gun Owners PAC.

3. The San Diego County Gun Owners PAC is a political action committee that advocates in favor of constitutional rights with a particular focus on the Second Amendment to the United States Constitution. The PAC opposes a proposed statewide ballot initiative (officially titled the "Safety for All Act of 2016") that has been submitted for qualification to appear on the ballot for the November 8, 2016 general election. The committee would like to use Assembly footage in political advertisements opposing the initiative, but has refrained from doing so because of California Government Code section 9026.5

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 25th, 2016 in California.

_____
MICHAEL A. SCHWARTZ

# EXHIBIT E

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALAITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**DECLARATION OF TIM DONNELLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: TBD<br>Judge: Morrison C. England, Jr. |

I, Tim Donnelly, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I served as a member of the California State Assembly from December 2010 to December 2014. I was a candidate for California Governor in the 2014 statewide election. During my gubernatorial campaign, I used video from the California State Assembly Floor in campaign videos that were designed to be used for internet and/or television advertising in support for my gubernatorial candidacy. The California State Assembly Rules Committee sent a letter demanding that my campaign stop using the videos immediately because the violated California Government Code section 9026.5. I was also involved in conversation with Jon Waldie, former chief of the Assembly Rules Committee, asking him why other campaigns were allowed to use the video while I was being threatened. He only responded with a reiteration of the law.

3. I am currently a candidate for Congress in California's eighth congressional district. I would like to use Assembly video footage in political advertisements in support of my congressional campaign and in opposition to other political candidates and issues. I have refrained from doing so, however, because I fear prosecution for violating Section 9026.5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 26, 2016 in California.

TIM DONNELLY