CERTIFICATE OF SERVICE

Case No.:  2:16-cv-01144-MCE-AC

I hereby certify that on August 24, 2016, I electronically filed the following documents with the Clerk of the Court for the United States Central District of California by using the CM/ECF system:

**- NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**- PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

**- STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**- DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**- COMPENDIUM OF EVIDENTIARY DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**-[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/*s/ Kelly Rosenbery*_____