KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
S. MICHELE INAN, State Bar No. 119205
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5939
 Fax:  (415) 703-1234
 E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, in her official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; ET AL.,**<br><br>                                                Plaintiffs,<br><br>         v.<br><br>**KAMALA D. HARRIS,** in her official capacity as Attorney General of California,<br><br>                                                Defendant. | 2:16-cv-01144-MCE-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT CURRENTLY SET FOR SEPTEMBER 22, 2016, TO OCTOBER 6, 2016**<br><br>Current Hearing Date: Sept. 22, 2016<br><br>Proposed Hearing Date: Oct. 6, 2016 |

Pursuant to Local Rules 143 and 230(f), Plaintiffs and Defendant, represented by the undersigned counsel, hereby stipulate and request as follows:

WHEREAS Plaintiffs filed a Motion for Summary Judgment on August 24, 2016 (Dkt. No. 16), and noticed the motion for hearing on September 22, 2016 at 2:00 p.m.;

WHEREAS the California Legislature passed Assembly Bill 884 on August 30, 2016, and the bill is currently awaiting the Governor's signature;

WHEREAS the Governor has until September 30, 2016, to sign, approve without signing, or veto Assembly Bill 884;

WHEREAS Assembly Bill 884, if enacted, would repeal Government Code section 9026.5 and moot the subject matter of this case;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANT HEREBY STIPULATE AND REQUEST that the September 22, 2016, hearing on Plaintiffs' Motion for Summary Judgment be continued to October 6, 2016, at 2:00 p.m.  If, by September 15, 2016, the Governor has not taken action on Assembly Bill 884, the parties will seek a further continuance of the hearing on Plaintiffs' Motion for Summary Judgment.  No further stipulation is anticipated if the Governor vetoes the bill by September 15, 2016.

Dated:  September 2, 2016	Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General


/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, in her official capacity as California Attorney General*

Dated: September 2, 2016              BENBROOK LAW GROUP, PC

/s/ Stephen M. Duvernay
(as authorized on Sept. 2, 2016)
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the September 22, 2016, hearing on Plaintiffs' Motion to Dismiss is continued to October 6, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 8, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE