KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
S. MICHELE INAN, State Bar No. 119205
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5939
  Fax:  (415) 703-1234
  E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, in her official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS,** in her official capacity as Attorney General of California,<br><br>Defendant. | 2:16-cv-01144-MCE-AC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT CURRENTLY SET FOR OCTOBER 6, 2016, TO OCTOBER 20, 2016**<br><br>Current Hearing Date: Oct. 6, 2016<br><br>Proposed Hearing Date: Oct. 20, 2016 |

1    Pursuant to Local Rules 143 and 230(f), Plaintiffs and Defendant represented by the
2    undersigned counsel, hereby stipulate and request as follows:
3    WHEREAS Plaintiffs filed a Motion for Summary Judgment on August 24, 2016 (Dkt. No.
4    16), and noticed the motion for hearing on September 22, 2016 at 2:00 p.m.;
5    WHEREAS the California Legislature passed Assembly Bill 884 on August 30, 2016, and
6    the bill is currently awaiting the Governor's signature;
7    WHEREAS the Governor has until September 30, 2016, to sign, approve without signing,
8    or veto Assembly Bill 884;
9    WHEREAS Assembly Bill 884, if enacted, would repeal Government Code section 9026.5
10   and moot the subject matter of this case;
11   WHEREAS the Parties previously stipulated to a continuance of the hearing on Motion for
12   Summary Judgment from September 22, 2016, to October 6, 2016, which stipulated request was
13   granted by the Court (Dkt. No. 19);
14   WHEREAS Defendant's opposition to the Motion for Summary Judgment is currently due
15   on September 22, 2016, eight days before the Governor has to sign, approve without signing, or
16   veto Assembly Bill 884;
17   WHEREAS the parties agree that Defendant's opposition would not be necessary if the
18   Governor signs, or approves without signing, Assembly Bill 884 on or before September 30,
19   2016.
20   NOW, THEREFORE, PLAINTIFFS AND DEFENDANT HEREBY STIPULATE AND
21   REQUEST that the October 6, 2016, hearing on Plaintiffs' Motion for Summary Judgment be
22   further continued to October 20, 2016, at 2:00 p.m.

| | | |
|---|---|---|
| 1 | Dated: September 15, 2016 | Respectfully Submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | MARC A. LEFORESTIER<br>Supervising Deputy Attorney General |

/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, in her official capacity as California Attorney General*

Dated: September 15, 2016                BENBROOK LAW GROUP, PC

/s/ Stephen M. Duvernay
(as authorized on Sept. 15, 2016)
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the October 6, 2016, hearing on Plaintiffs' Motion to Dismiss is continued to October 20, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE