# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; FIREARMS POLICY COALITION; KRIS KOENIG; STEPHEN CHOLLET; MICHAEL SCHWARTZ; and TIM DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-01144-MCE-AC<br><br>**ORDER REGARDING MOOTNESS AND DISMISSAL**<br><br>Action filed May 26, 2016 |

Upon consideration of the parties' Joint Statement Regarding Mootness and Stipulated Notice of Dismissal, ECF No. 22, IT IS HEREBY ORDERED THAT this case is moot, and the action is DISMISSED WITH PREJUDICE.

The Court will retain jurisdiction to resolve Plaintiffs' anticipated motion for attorney's fees for not longer than 180 days from filing of this Order. After 180 days, jurisdiction will automatically terminate unless the Court orders otherwise upon a motion timely filed within that 180-day period.

IT IS SO ORDERED.

Dated: October 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE