XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARC A. LEFORESTIER, State Bar No. 178188
Supervising Deputy Attorney General
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5939
 Fax:  (415) 703-1234
 E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, in her
official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FIREARMS POLICY COALITION SECOND AMENDMENT DEFENSE COMMITTEE; ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California,**<br><br>Defendant. | 2:16-cv-01144-MCE-AC<br><br>**JOINT REQUEST FOR A COURT ORDER RE: THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR COSTS AND ATTORNEYS' FEES**<br><br>**ORDER** |

## BACKGROUND

Plaintiffs filed this action to enjoin enforcement of former California Government Code section 9026.5.  On June 22, 2016, the Court granted plaintiffs' motion for preliminary injunction.  On September 22, 2016, Governor Brown signed into law Assembly Bill 884, repealing former Government Code section 9026.5, effectively immediately.

The parties then agreed to dismiss the case with prejudice pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii).  Dkt. No. 22.  On October 7, 2016, the Court dismissed this action with

1

Joint Request For A Court Order Re: The Parties' Settlement Of Plaintiffs' Claim For Costs And Attorneys' Fees;
Order   (2:16-cv-01144-MCE-AC)

prejudice and retained jurisdiction solely to resolve Plaintiffs' anticipated motion for attorneys' fees.  Dkt. No. 25.

Plaintiffs have made a request to Defendant for attorneys' fees and costs.  Defendant has reviewed evidence regarding services rendered, counsel's qualification and rates, and has approved a settlement of fees and costs.  The policy of Defendant's office requires that a settlement be reduced to a consent decree, judgment, or other court order before it can be paid.  This stipulation and joint request is for such an order.

## THE PARTIES' STIPULATION AND JOINT REQUEST

Plaintiffs and Defendant have now reached an agreement regarding costs and fees, and jointly request that the Court enter the following order:

1. Defendant will pay Plaintiffs a total of $38,025.80 in costs and fees ($234.80 in costs and $37,791.00 in attorneys' fees).
2. This payment will completely satisfy Defendant's obligation to pay costs and fees in this matter; Plaintiffs will not be entitled to any interest.
3. Plaintiffs will not need to submit an affidavit or other evidence to the Court in support of an award of attorneys' fees otherwise required under Local Rule 293.

Dated:  April 4, 2017                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General


/s/ Peter H. Chang
PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant*

Benbrook Law Group, PC

*/s/* Stephen Duvernay
STEPHEN DUVERNAY
*Attorneys for Plaintiffs*

SA2016102322

2

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders as follows:

1. Defendant will pay Plaintiffs a total of $38,025.80 in costs and fees ($234.80 in costs and $37,791.00 in attorneys' fees).
2. This payment will completely satisfy Defendant's obligation to pay costs and fees in this matter; Plaintiffs will not be entitled to any interest.
3. Plaintiffs do not need to submit an affidavit or other evidence to the Court in support of an award of attorneys' fees otherwise required under Local Rule 293.

IT IS SO ORDERED.

Dated: April 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Joint Request For A Court Order Re: The Parties' Settlement Of Plaintiffs' Claim For Costs And Attorneys' Fees; Order   (2:16-cv-01144-MCE-AC)